# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JASON L. BROWN,** | : | |
|     **Plaintiff,** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 20-CV-4167** |
| | : | |
| **CHRIS DIROSATO,** | : | |
|     **Defendant.** | : | |

## ORDER

AND NOW, this 10th day of September, 2020, upon consideration of Plaintiff Jason L. Brown's Motion to Proceed *In Forma Pauperis* (ECF No. 2), and *pro se* "Amended Complaint and Request for Injunction and Recovery of Damages" (ECF No. 4) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The pleadings in this case are **DEEMED** filed.

3. The "Amended Complaint and Request for Injunction and Recovery of Damages" is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

4. The Clerk of Court shall **CLOSE** this case.

                                            BY THE COURT:

                                            /s/Petrese B. Tucker
                                            **PETRESE B. TUCKER, J.**